JULIUS RIPPEL et al., complainants,

*v.*

HARRIET KING et al., defendants.

[Decided October 10th, 1940.]

*Mr. Irving Hupart, Mr. Aquila N. Venino* and *Messrs. Pitney, Hardin & Skinner,* for the complainants.

*Messrs. Clancy & Murphy, Mr. Louis Bondy* and *Mr. T. Star Dunning,* Jr., for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *126 N. J. Eq. 297.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.